## RICE STIX DRY GOODS CO. v. LEE et al.

No. 7503—Opinion Filed June 6, 1916.
(158 Pac. 444.)

### Appeal and Error—Brief—Failure to File—Reversal.

Where defendants in error file no brief, and the brief of plaintiff in error reasonably sustains its contention, this court will not examine the record to find some theory upon which to affirm the judgment, but same will be reversed and remanded.

(Syllabus by Rittenhouse, C.)

Error from County Court, Pontotoc County; I. M. King, Judge.

Action by the Rice Stix Dry Goods Company against W. O. Lee and another, doing business under the firm name of Lee & Sawyer, and others. Judgment for defendants, and plaintiff brings error. Reversed and remanded.

Robt. Wimbish and W. C. Duncan, for plaintiff in error.

Sanders & Winn and Crawford, Bolen & Williams, for defendants in error.

Opinion by RITTENHOUSE, C. The plaintiff in error filed a well-prepared brief in this cause, no brief has been filed by defendants in error, nor any further extension of time in which to file brief asked, nor any excuse given as to why a brief has not been filed; and, as the errors assigned seem to be supported by the record, this cause is reversed and remanded.

By the Court: It is so ordered.